**Ralph O'SHEA, Employee/Appellant,**

**v.**

**ANHEUSER BUSCH, INC., Employer/Respondent,**

**and**

**Treasurer of Missouri as Custodian of Second Injury Fund, Additional Party/Respondent.**

No. 69350.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 22, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 17, 1996.

Application to Transfer Denied Jan. 21, 1997.

Harry J. Nichols, St. Louis, for employee/appellant.

E. Thomas Liese, St. Louis, for employer/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Claimant appeals the denial of his claim for permanent partial disability by the Labor and Industrial Relations Commission (Commission). We affirm. The findings of the Commission are supported by competent and substantial evidence on the whole record, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).